UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE LAZENBERRY,
    Plaintiff,

v.                                                                 Case No. 3:16-cv-381-J-20PDB

INTERNAL REVENUE SERVICE,

    Defendant.
_____/

## ORDER

THIS CAUSE is before this Court following a Report and Recommendation (Dkt. 12). The Report and Recommendation recommends this case be dismissed without prejudice for Plaintiff's failure to comply with a Court Order and for failure to state a claim on which relief can be granted. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 12) is adopted;

2. This case is **DISMISSED without Prejudice**; and

3. The Clerk is directed to close this case.

DONE AND ENTERED at Jacksonville, Florida, this ___ day of December, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale, U.S. Magistrate Judge
Jimmie Lazenberry, *Pro Se*